**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

_____

**ERIC WADDELL,**                                    *

       **Plaintiff,**                              *

**v.**                                                    *        **No.   2:08-02368**
                                                          **JURY DEMANDED**

**NATIONWIDE GENERAL INSURANCE**        *
**COMPANY, et al**
       **Defendant.**                          *

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

      The parties, by and through their respective attorneys, have stated to the Court that all claims by and between them have been compromised and settled and they requested that the Court dismiss with prejudice any and all of the Plaintiff's claims against Nationwide General Insurance Company.

      IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the claims of Plaintiff Eric Waddell against Defendant Nationwide General Insurance Company are hereby dismissed with prejudice as an adjudication on the merits.

      IT IS SO ORDERED.

      This the 1st day of July, 2010.

                        s/Bernice B. Donald_____
                        HONORABLE BERNICE B. DONALD
                        UNITED STATES DISTRICT COURT JUDGE

APPROVED FOR ENTRY:

**LAW OFFICE OF PAUL SPRINGER**

  **s/ Paul J. Springer**
Paul J. Springer (021267)
301 Washington Ave., Ste. 302
Memphis, TN  38103
(901) 528-8391
pslawoffice@bellsouth.net

**RAINEY, KIZER, REVIERE & BELL, P.L.C.**

  **s/ Russell E. Reviere**
Russell E. Reviere (#7166)
Erin Melton Shea (# 023779)
Morgan Keegan Tower
50 N. Front St., Ste. 610
Memphis, TN  38103
(901) 333-8101
rreviere@rkrblaw.com
eshea@rkrblaw.com