# UNITED STATES DISTRICT COURT
# *WESTERN DISTRICT OF TENNESSEE*
# *WESTERN DIVISION*

---

**ERIC WADDELL**

**v.**  **JUDGMENT IN A CIVIL CASE**
　　　 **Case No. 08-2368**

**NATIONWIDE GENERAL INSURANCE COMPANY et al.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Court's ORDER OF DISMISSAL WITH PREJUDICE entered on July 1, 2010, this cause is hereby dismissed with prejudice.**

**APPROVED:**

**s/Bernice B. Donald**
**UNITED STATES DISTRICT COURT**

**DATE: 07/01/2010**　　　　　　　　　　　　**THOMAS M. GOULD**
　　　　　　　　　　　　　　　　　　　　　　 **Clerk of Court**

　　　　　　　　　　　　　　　　　　　　　　 **s/Taffy Elchlepp**
　　　　　　　　　　　　　　　　　　　　　　 **(By)  Deputy Clerk**